MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929
Telephone:   (310) 271-6223
Facsimile:   (310) 271-9805
michael.berger@bankruptcypower.com

Attorney for Debtors,
Felix M. Fhima and Patricia H. Fhima

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>FELIX M. FHIMA AND PATRICIA H. FHIMA,<br><br>Debtors. | CASE NO.: 2:10-bk-15854-ER<br><br>Chapter 11<br><br>MOTION OF DEBTORS FOR AUTHORITY TO OBTAIN POST-PETITION FINANCING; DECLARATION OF FELIX M. FHIMA IN SUPPORT THEREOF<br><br>Date:         June 9, 2010<br>Time:        10:00 a.m.<br>Courtroom: 1568 |

TO THE HONORABLE ERNEST M. ROBLES, JUDGE OF THE UNITED STATES BANKRUPTCY COURT, TO THE OFFICE OF UNITED STATES TRUSTEE AND TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Felix M. Fhima ("Mr. Fhima") and Patricia H. Fhima ("Mrs. Fhima"; collectively, with Mr. Fhima, the "Debtors"), debtors and debtors-in-possession herein, brought pursuant to 11 U.S.C. §364(d), has been set for hearing on June 9, 2010, at 10:00 a.m, in Courtroom 1568 located at 255 E. Temple Street, Los Angeles, California, 90012.

1

MOTION OF DEBTORS TO OBTAIN POST-PETITION FINANCING

This Motion is based upon this Notice, the Memorandum of Points and Authorities in support thereof, the Declaration of Mr. Fhima in support thereof, the pleadings and files in the Debtors' bankruptcy case, and upon such further oral and documentary evidence as may be presented to the Court in support of the Motion.

Please take notice that pursuant to Local Bankruptcy Rule 9013-1(f), any opposition to this motion must be filed and served at least 14 days prior to the hearing.

LAW OFFICES OF MICHAEL JAY BERGER

Dated: May 19, 2010    By: _____
Michael Jay Berger
Attorney for Debtors,
Felix M. Fhima and Patricia H. Fhima

MOTION OF DEBTORS TO OBTAIN POST-PETITION FINANCING

Case 2:10-bk-15854-ER    Doc 23    Filed 05/19/10    Entered 05/19/10 14:17:33    Desc
Main Document    Page 3 of 11

## I. FACTUAL BACKGROUND

Felix M. Fhima ("Mr. Fhima") and Patricia H. Fhima ("Mrs. Fhima"; collectively, with Mr. Fhima, the "Debtors"), debtors and debtors-in-possession own their home, located at 1264 South Bedford Drive, Los Angeles, California 90035 (the "Debtors' Residence"). The Debtors also own one investment property: 616 North Foothill Road, Beverly Hills, California 90210 (the "Foothill Property"; collectively with the Debtors' Residence, the "Properties"). See Declaration of Felix M. Fhima (the "Fhima Declaration"), paragraph 2.

Mr. Fhima is an investor and a developer. The Debtors currently do not have any source of income and have no income from the Foothill Property. See Fhima Declaration, paragraph 3.

Due to the slumping economy and the Debtors' current negative cash flow, they have been unable to keep current on the payments to their secured creditors. The filing of the bankruptcy was precipitated by a pending foreclosure sale set for February 19, 2010 on the Foothill Property. The Debtors plan to sell the Foothill Property and utilize the proceeds thereof to bring the Debtors' Residence current. However, a minimal amount of work is required to complete the Foothill Property. The Debtors require a source of cash with which to complete the construction work on the Foothill Road Property. See Fhima Declaration, paragraph 4.

The Debtors have been unable to secure adequate unsecured, post-petition financing and therefore seek Court permission to obtain post-petition financing (the "Loan") secured by a lien senior to the Pre-Existing Liens on the Foothill Property, under 11 U.S.C. §364(d). The Foothill Road Property has a current scheduled market value of $9,500,000.00, per the appraisal of Nexus Appraisal Services, dated February 16, 2010. See Fhima Declaration, paragraph 5. The property has a first position lien of $4,900,000.00 held by Chase Mortgage, a second position lien of $725,000.00 held by Tony Ebrahams ("Ebrahams"), a third position lien of $720,000.00 held by

MOTION OF DEBTORS TO OBTAIN POST-PETITION FINANCING

held by Michel Brandt, and a fourth position lien of $50,000.00 held by Yula Boys High School (defined collectively as the "Pre-Existing Liens"). See Fhima Declaration, paragraph 6.

The proposed terms of the Loan are set forth in the Note, dated as of April 9, 2010, by and between Mr. Fhima and Ebrahams, attached as Exhibit "2" to the Fhima Declaration. In summary, the terms of the Loan are as follows:

- Principal Amount:         $60,000.00
- Maturity Date:            December 31, 2010
- Interest Rate:            12%
- Monthly Payment:          $600.00
- End of Term Balloon Payment: $60,000.00
- Pre-payment penalty:      None

## II. MEMORANDUM OF POINTS AND AUTHORITIES

### A. Authority for Motion

11 U.S.C. section 364(d)(1)(A) and (B) provide that "The court, after notice and a hearing, may authorize the obtaining of credit or the incurring of debt secured by a senior or equal lien on property of the estate that is subject to a lien only if (A) the trustee is unable to obtain such credit otherwise; and (B) there is adequate protection of the interest of the holder of the lien on the property of the estate on which such senior or equal lien is proposed to be granted."

### B. The Court Should Approve the Loan to the Debtors by the DIP Lender

#### 1. There is Good Cause to Hear the Motion on Shortened Notice

The Debtors have no income with which to meet their monthly obligations. The only income available to the Debtors will come by way of sale of the Foothill Property. The Debtors

MOTION OF DEBTORS TO OBTAIN POST-PETITION FINANCING

can place the Foothill Property for sale only upon completion of the Foothill Project which requires minimal additional financing to complete. See Fhima Declaration, paragraph 7.

### 2. The DIP Financing Should be Approved

The Debtors satisfy the requirements of 11 U.S.C. section 364(d)(1)(A) and (B) since they could not obtain credit anywhere else and all of the holders of Pre-Existing Liens are adequately protected due to the available equity in the Foothill Property. See Fhima Declaration, paragraph 5.

The Loan will allow the Debtors to keep current on the construction obligations on the Foothill Road Property. Without the approval of this financing, the Debtors will be unable to finish the construction project on the Foothill Road Property, which will serve as the Debtors' sole source of income; and therefore sole manner by which to pay creditors.

The Loan is providing the Debtors with necessary funds at a rate which, according to the Debtors' own investigation of various DIP financing available, is very reasonable for DIP financing. See Fhima Declaration, paragraph 8.

Based upon the foregoing, the Debtors believe the Loan should be approved by this Court.

### III. CONCLUSION

Based upon the foregoing, the Debtors respectfully request that the Court hear the Debtors' motion on shortened time and grant said motion approving the Loan for debtor-in-possession financing.

MOTION OF DEBTORS TO OBTAIN POST-PETITION FINANCING

LAW OFFICES OF MICHAEL JAY BERGER

Dated: May 19, 2010          By: /s/ Michael Jay Berger

Michael Jay Berger
Counsel for Debtors,
Fhima M. Felix and Patricia H. Fhima

MOTION OF DEBTORS TO OBTAIN POST-PETITION FINANCING

## DECLARATION OF FELIX M. FHIMA

I, Felix M. Fhima, declare and state as follows:

1. I, along with my wife, Patricia H. Fhima, are the debtors and debtors-in-possession in the above-captioned matter. I have personal knowledge of the facts set forth below and if called to testify as to those facts, I could and would competently do so.

2. We own our home, located at 1264 South Bedford Drive, Los Angeles, California 90035 (the "Debtors' Residence"). We also own one investment property: 616 North Foothill Road, Beverly Hills, California 90210 (the "Foothill Property"; collectively with the Debtors' Residence, the "Properties").

3. I am an investor and a developer. We currently do not have any source of income and have no income from the Foothill Property.

4. Due to the slumping economy and our current negative cash flow, we have been unable to keep current on the payments to our secured creditors. The filing of the bankruptcy was precipitated by a pending foreclosure sale set for February 19, 2010 on the Foothill Property. We plan to sell the Foothill Property and utilize the proceeds thereof to bring our Residence current. However, a minimal amount of work is required to complete the Foothill Property. We require a source of cash with which to complete the construction work on the Foothill Road Property.

5. We have been unable to secure adequate unsecured, post-petition financing and therefore seek Court permission to obtain post-petition financing (the "Loan") secured by a lien senior to the Pre-Existing Liens on the Foothill Property, under 11 U.S.C. §364(d). The Foothill Road Property has a current scheduled market value of $9,500,000.00, per the appraisal of Nexus Appraisal Services, dated February 16, 2010. Attached hereto as Exhibit "1", and

incorporated herein by this reference, is a true and correct copy of the appraisal of Nexus Appraisal Service, dated February 16, 2010, provided to me by the appraiser for Nexus, Nacer Naciri.

6. The property has a first position lien of $4,900,000.00 held by Chase Mortgage, a second position lien of $725,000.00 held by Tony Ebrahams ("Ebranhams"), a third position lien of $720,000.00 held by Michel Brandt, and a fourth position lien of $50,000.00 held by Yula Boys High School (defined collectively as the "Pre-Existing Liens").

7. We have no income with which to meet our monthly obligations. The only income available to us will come by way of sale of the Foothill Property. We can place the Foothill Property for sale only upon completion of the Foothill Project which requires minimal additional financing to complete.

8. The Loan is providing us with necessary funds at a rate which, according to our own investigation of various DIP financing available, is very reasonable for subordinate DIP financing.

9. Attached hereto as Exhibit "2", and incorporated herein by this reference, is a true and correct copy of the Note, dated as of April 9, 2010, by and between myself and Ebrahams (the "Note"), evidencing the loan.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on May  11 , 2010 at Los Angeles, California.

_____
FELIX M. FHIMA

MOTION OF DEBTORS TO OBTAIN POST-PETITION FINANCING

| In re: Felix M Fhima and Patricia H Fhima | Debtor(s). | CHAPTER 11 |
| --- | --- | --- |
| | | CASE NUMBER 2:10-bk-15854-SB |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th Floor
Beverly Hills, CA 90212

A true and correct copy of the foregoing document described <u>Application for Order Setting Hearing on Shortened Notice</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 05/19/2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 05/19/2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 05/19/2010 | Yathida Nipha | /s/ Yathida Nipha |
| --- | --- | --- |
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                                   F 9013-3.1

Main Document    Page 10 of 11

## Service List

*Section I - Served by the Court Via Notice of electronic Filing:*

**Office of the United States Trustee (LA)**
Ustpregion16.la.ecf@usdoj.gov
**Dare Law**
Dare.law@usdoj.gov

**Michael Jay Berger**
Michael.berger@bankrupcypower.com

**Cristina Frankian**
Cristina.frankian@brankrupcypower.com

*Section II - Served by US Mail:*

**Debtors**
Felix M. Fhima and Patricia H. Fhima
1264 S. Bedford Dr.
Los Angeles, CA 90035

**Judge**
Honorable Ernest Robles
255 E. Temple Street, Suite 1560
Courtroom 1568

**Secured Creditors**

BMW Financial Services
P.O. Box 3608
Dublin, OH 43016

Chase Mortgage
P.O. Box 78420
Phoenix, AZ 85062

Chase
Po Box 1093
Northridge, CA 91328

Los Angeles County Tax Collector
P.O. Box 54018
Los Angeles, CA 90054

Michel Brandt
9838 Whitwell Dr.
Beverly Hills, CA 90210

Tony Ebrahams
Navideh Akhavansadr and Parvis Ebra
280 S. Beverly Dr., Ste. 400
Beverly Hills, CA 90212

Washington Mutual Mortgage
Attn: BK Dept. JAXA 2035
Jacksonville, FL 32256

Yula Boys High School
9760 W. Pico Blvd
Los Angeles, CA 90035

MOTION OF DEBTORS TO OBTAIN POST-PETITION FINANCING

## 20 Largest Unsecured

American Express
c/o Becket and Lee LLP
Po Box 3001
Malvern, PA 19355

Chase
Po Box 1093
Northridge, CA 91328

Citibank Sd, Na
Po Box 6500
Sioux Falls, SD 57117

Countrywide Home Lending
Attention: Bankruptcy CA6-919-01-41
Po Box 5170
Simi Valley, CA 93062

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850

Dsnb Bloom
Bloomingdale's Bankruptcy
Po Box 8053
Mason, OH 45040

Egerman & Brown, LLP
9401 Wilshire Blvd, Ste 500
Beverly Hills, CA 90212

Firstar
c/o US Bank Bankruptcy Dept
Po Box 5229
Cincinnati, OH 45201

Gemb/gap
Po Box 981400
El Paso, TX 79998

Kiva Kitchen & Bath
1745 N. St. Thomas Circle
Orange, CA 92865

Meredith Baer & Associates
PO Box 49798
Los Angeles, CA 90049

The Moore Law Group
POB 25145
Santa Ana, CA 92799

Visdsnb
Bankruptcy
6356 Corley Rd
Norcross, GA 30071

Wells Fargo Card Ser
Po Box 5058
Portland, OR 97208

FhimYeshivat Yavneh
5353 W. 3rd Street
Los Angeles, CA 90020
433 W. Boysen Avenue
Anaheim, CA 92805

Home Comings Financial
Attention: Bankruptcy Dept
1100 Virginia Drive
Fort Washington, PA 19034

M & T Bank
Attn: Bankruptcy
1100 Wehrle Dr 2nd Floor
Williamsville, NY 14221

Roof USA - Progressive Roofing
Attn: Don Price
2101 S. Rose Ave., Suite B
Oxnard, CA 93033

Thd/cbsd
Po Box 6497
Sioux Falls, SD 57117

MOTION OF DEBTORS TO OBTAIN POST-PETITION FINANCING